O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-2617-AHM (FFMx) | Date | October 27, 2008 |
|---|---|---|---|
| Title | WATER TREATMENT INDUSTRY ASSURANCE COMPANY v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Terry C. Levin | No Appearance |

**Proceedings:**   (1) SCHEDULING CONFERENCE
(2) Defendant American International Specialty Lines Insurance Company's Motion to File Amended Answer, and Counterclaim [27]

Cause called; appearances made.  No Appearance by defendant.

After discharging its October 22, 2008 order to show cause and granting defendant's motion to file an amended answer and counterclaim, the Court is advised that the parties have settled.

Court orders the Deputy Clerk to remove this matter from the Court's active caseload pending the filing of dismissal papers.

|   | : | 10 |
|---|---|---|
| Initials of Preparer | | SMO |